**James MOLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34464.**

Missouri Court of Appeals, Western District.

Sept. 20, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 15, 1983.

Joseph H. Locascio, Mimi Droll, Sp. Public Defender, Kansas City, for appellant.

Dan Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and KENNEDY and LOWENSTEIN, JJ.

## ORDER

**PER CURIAM.**

Appeal under Rule 27.26 for post-conviction relief.

Judgment affirmed. Rule 84.16(b).